**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**SUPPLEMENTAL NOTICE OF HEARING SESSION**

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed on February 14, 2022, supplemental notice is hereby given regarding the March 31, 2022, hearing session scheduled to consider various matters under 28 U.S.C. § 1407.

ORAL ARGUMENT:

- Counsel presenting oral argument must be present at **8:30 a.m.** Oral argument will begin at **9:30 a.m.** (All times are Central Daylight Time.) The Panel will hear argument in the following dockets, in the following order, at this session:

    MDL NO. 3024 – IN RE: ATRIUM MEDICAL CORPORATION PROLITE AND PROLOOP HERNIA MESH PRODUCTS LIABILITY LITIGATION

    MDL NO. 3025 – IN RE: PROCTER & GAMBLE AEROSOL PRODUCTS MARKETING AND SALES PRACTICES LITIGATION

    MDL NO. 3026 − IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION

- Please review and plan to abide by the Eastern District of Louisiana's requirements regarding public access in light of COVID-19 which can be found on the court's website: https://www.laed.uscourts.gov. Full compliance with the District's protocols may take some time. Please plan ahead—**the Panel will not delay argument because counsel is late to the courtroom due to the District's courthouse admittance procedures.**

- Counsel are advised that the District's COVID-19 procedures may limit the number of persons permitted in the courtroom. **In order to limit the number of counsel required in the courtroom, the Panel will allocate argument time in advance.** The Panel will not entertain arguments on the day of the hearing that counsel not allocated time be allowed to present argument. Non-arguing counsel need not travel to the Panel hearing, but if they choose to do so, their access to the courtroom may be restricted. If the Panel must restrict access to the courtroom, non-arguing counsel will be allowed to observe the proceedings by closed circuit link in an overflow courtroom.

- All persons, including counsel and associated attendees, must wear masks in the courtroom and the overflow courtroom, regardless of vaccination status, unless instructed otherwise by the Panel.

- Counsel will not be permitted to appear remotely.

- A transcript of the oral argument will be filed in each docket when it becomes available. Parties who wish to order a transcript may do so by contacting the court reporter at Nichelle_Wheeler@laed.uscourts.gov.

- Panel staff will email counsel who filed a Notice of Presentation or Waiver of Oral Argument and indicated an intent to present oral argument the Panel's allocation of argument times. As indicated above, counsel who have not been allocated time may not be permitted to access the courtroom.

- If counsel wish to make a substitution, either as to counsel designated to argue on behalf of a particular party or with respect to a position advocated by multiple parties, counsel must file a Notice of Substitution no later than **March 17, 2022**. After that date, no substitutions will be permitted absent extraordinary circumstances.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel